**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSA MARTIN ROLON,<br><br>                          Plaintiff,<br><br>          -against-<br><br>COMMISSIONER OF SOCIAL<br>SECURITY, *et al.,*<br><br>                          Defendants. | |

24-CV-9104 (JW)

**ORDER**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The administrative record was filed on May 1, 2025.  Dkt. No. 17.  Plaintiff's brief was due by June 2, 2025.  This Court will give Plaintiff one final chance to file the brief by **December 31, 2025**.  Defendant's opposition is due by **January 30, 2026**.  Plaintiff's reply is due by **February 13, 2026.**

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

SO ORDERED.

Dated:      New York, New York
            December 10, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge