**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSE MARTIN ROLON,

                            Plaintiff,                                    **ORDER**

              -against-                                          **24-cv-9104 (JW)**

COMISSIONER OF SOCIAL SECURITY,

                            Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case was commenced on November 25, 2024. <u>See</u> Complaint against Commissioner of Society Security at Dkt. No. 1. The case docket reflects that Plaintiff's opening brief was due June 2, 2025. Dkt. No. 7. Plaintiff did not file a brief and on December 10, 2025, the Court gave Plaintiff until December 31, 2025 to file its brief. Dkt. No. 18. As of January 6, 2026, Plaintiff has not filed any briefing.

IT IS HEREBY ORDERED that Plaintiff submit a letter to the Court by January 27, 2026 to show cause as to why the Court should not dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. If the Court does not receive any communication from Plaintiff by January 27, 2026 showing good cause, the Court will dismiss the case.

The Court directs the Clerks Office to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

DATED:     New York, New York
           January 6, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2